# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| ODDIE LEE MILLER, JR., | : | |
| Plaintiff | : | |
| VS. | : | |
| MRS. G. MOORE, *et al.*, | : | NO. 7:07-cv-164 (HL) |
| Defendants | : | **O R D E R** |

On September 19, 2007, plaintiff **ODDIE LEE MILLER** filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. On October 25, 2007, Magistrate Judge Richard L. Hodge issued an Order to Show Cause instructing plaintiff to show why his lawsuit should not be dismissed for failing to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a). Plaintiff responded by filing a Motion to Dismiss (Tab # 12).

Under Rule 41 of the Federal Rules of Civil Procedure, a plaintiff has the absolute right to dismiss his action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." Because the defendants have not filed an answer or other responsive pleading in this case, plaintiff may dismiss his case. Accordingly, plaintiff's motion is hereby **GRANTED** and the above-captioned action is deemed **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 7th day of November, 2007.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr